03-00075
USDC/RI
Lisi, M

**MANDATE**

# United States Court of Appeals

## For the First Circuit

No. 04-2311

UNITED STATES,

Appellee,

v.

WALLACE E. GONSALVES, JR.

Defendant, Appellant.

**JUDGMENT**

**Entered: June 14, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/14/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ____________________
Chief Deputy Clerk

[cc: Wallace E. Gonsalves, Jr., Lisa Dinerman, AUSA, Luis M. Matos, AUSA, Donald C. Lockhart, AUSA, Anthony M. Traini, Esq., Richard M. Egbert, Esq., Patricia A. DeJuneas, Esq.]