UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>WALLACE E. GONSALVES, JR.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO.: 1:03-M-107M<br>1:03-CR-00075ML |

MOTION FOR RELEASE OF BAIL

Now comes the defendant and represents the following. In this case the defendant is currently incarcerated and has commenced serving his sentence. The defendant requests that his bail in this case be released and that the lien on real estate posted for his bail be discharged. Said lien being placed on real estate known as Plat No. I-J, Lot 23-13, 1180 Succotash Road in the Town of Narragansett, Rhode Island.

Defendant, Wallace E. Gonsalves, Jr.
By his Attorneys
BROSCO & BROSCO PC

A.J. Brosco, Esq. (#0582)
BROSCO & BROSCO PC
312 South Main Street
Providence, Rhode Island 02903
(401) 272-5555
(401) 272-5599 (Facsimile)

CERTIFICATION

I, the undersigned, hereby certify that on the 19 day of Setpember, 2006, a true copy of the within was sent by first class mail, postage prepaid to:

Luis Mattos, Esq.
Chief, Civil Division
United States Attorney's Office
District Of Rhode Island
50 Kennedy Plaza -- 8th Floor
Providence, RI 02903

Michael Iannotti
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903