UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

CRIMINAL No. 1:03-M-107M
1:03-CR-0075ML

-vs-

WALLACE E. GONSALVES, JR.
Defendants

# ORDER

This matter came before the Court, the Honorable Justice Mary M. Lisi presiding, to be heard for a Motion for Release of Bail. After consideration, it is hereby **ORDERED:**

That the NOTICE OF LIEN in the above case No. 1:03-M-107M, in the amount of $100,000.00 filed in the Narragansett Land Evidence Records in Book 549 at Page 86, against Defendant's property situated at 1180 Succotash Road in said Town of Narragansett is hereby released and forever discharged.

ENTERED as an Order of this Court this 1st day of December, 2006.

ENTERED: Mary M. Lisi

PER ORDER: Barbara Barletta

Presented by:

Martha Day #3293
71 Main Street
Wakefield, RI 02879
Ph (401) 783-6655
Fax (401) 783-5355

I hereby certify that on the 30th day of November, 2006, I mailed a copy of the within order, by first class mail, postage prepaid to:

Luis Mattos, Esq.
Chief, Civil Division
United State Attorney's Office
District of Rhode Island
50 Kennedy Plaza—8th Floor
Providence RI 02903

Michael Iannotti
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza—8th Floor
Providence, RI 02903

A.J. Brosco
Brosco & Brosco PC
312 South Main Street
Providence, RI 02903

SANDRA NADEAU
MY COMMISSION
NOTARY PUBLIC
EXPIRES
10-27-2010
STATE OF RHODE ISLAND